RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2024 MAR 6 PM 3:47

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Matthew L. Martin,<br>Defendant. | INDICTMENT<br><br>Criminal No. 24- 85 (ADC)<br><br>VIOLATION:<br>18 U.S.C. § 922(g)(8)<br><br>FORFEITURE:<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br><br>THREE COUNTS |

**THE GRAND JURY CHARGES:**

## COUNT ONE
**Prohibited Person in Possession of Firearms: Domestic Violence Protective Order**

On or about the November 7, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**MATTHEW L. MARTIN,**

knowing he was subject to a court order issued by the Commonwealth of Puerto Rico, Court of First Instance, Carolina Municipal Court, on July 12, 2023, in case number OPA-2023-034820, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, restraining him from engaging in other

conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, did knowingly possess in and affecting interstate commerce a firearm, that is, one Century Arms pistol, model Mini Draco, 7.62x39 caliber, serial number 23PH-0666 said firearm having been shipped and transported in interstate or foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(8).

## COUNT TWO
**Prohibited Person in Possession of Firearms: Domestic Violence Protective Order**

On or about the November 22, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**MATTHEW L. MARTIN,**

knowing he was subject to a court order issued by the Commonwealth of Puerto Rico, Court of First Instance, Carolina Municipal Court, on July 12, 2023, in case number OPA-2023-034820, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, restraining him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, did knowingly possess in and affecting interstate commerce a firearm, that is, one Glock pistol, model 19x, 9mm caliber, serial number BRRA387 said firearm having been shipped and transported in interstate or foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(8).

## COUNT THREE
**Prohibited Person in Possession of Firearms: Domestic Violence Protective Order**

On or about the November 28, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**MATTHEW L. MARTIN,**

knowing he was subject to a court order issued by the Commonwealth of Puerto Rico, Court of First Instance, Carolina Municipal Court, on July 12, 2023, in case number OPA-2023-034820, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, restraining him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, did knowingly possess in and affecting interstate commerce firearms, that is, one Beretta pistol, model PX4COMP, .40 caliber, serial number PY125978, one Beretta pistol, model PX4 SC, 9mm caliber, serial number PZ7794B, and one Beretta pistol, model PX4 STORM, 9mm caliber, serial number PZ9831D said firearms having been shipped and transported in interstate or foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(8).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offenses set forth in Counts

One through Three of this Indictment, the defendant, **Matthew L. Martin**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

a) One Century Arms pistol, model Mini Draco, 7.62x39 caliber, serial number 23PH-0666;
b) One Glock pistol, model 19x, 9mm caliber, serial number BRRA387;
c) One Beretta pistol, model PX4COMP, .40 caliber, serial number PY125978;
d) One Beretta pistol, model PX4 SC, 9mm caliber, serial number PZ7794B; and
e) One Beretta pistol, model PX4 STORM, 9mm caliber, serial number PZ9831D.

TRUE BILL

FOREPERSON
Date: 3/6/24

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan L. Gottfried
Assistant U.S. Attorney
Chief, Violent Crimes and
National Security Section

_____
Corinne Cordero-Romo
Assistant U.S. Attorney